## Commonwealth *v.* Franks, Appellant.

Before BARBIERI, J.

Submitted March 17, 1969. *Frederick L. Fuges,* and *MacCoy, Evans & Lewis,* for

appellant; *James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.